UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONNIE DEION HUNTLEY,<br><br>         Plaintiff,<br><br>   v.<br><br>COWLITZ COUNTY POLICE DEPARTMENT and COWLITZ COUNTY JAIL,<br><br>         Defendants. | CASE NO. 3:18-cv-05608-BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: November 16, 2018 |

This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

On August 28, 2018, the Court entered an order to show cause or file an amended complaint, explaining to plaintiff Ronnie Deion Huntley that he had named improper defendants and that his complaint improperly challenged his underlying conviction pursuant to *Heck v. Humphrey*. Dkt. 10. Because it was unlikely plaintiff would be able to cure his deficiencies, the Court also declines to grant plaintiff's application to proceed *in forma pauperis* ("application for

REPORT AND RECOMMENDATION - 1

1  IFP") at that time. *Id*. The Court provided plaintiff until September 29, 2018 to show cause or
2  file his amended complaint. *Id*. Plaintiff has still failed to do so.
3        Therefore, the Court recommends denying plaintiff's application for IFP (Dkt. 2) and
4  dismissing plaintiff's action without prejudice for failure to obey a court order.
5        Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
6  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
7  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
8  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
9  of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
10 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
11 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **November 16,**
12 **2018** as noted in the caption.
13       Dated this 29th day of October, 2017.

                                              J. Richard Creatura
                                              United States Magistrate Judge