UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONNIE DEION HUNTLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COWLITZ COUNTY POLICE DEPARTMENT and COWLITZ COUNTY JAIL,<br><br>　　　　　　Defendant. | CASE NO. C18-5608 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**; and

(2)　Plaintiff's application to proceed *in forma pauperis*, Dkt. 2, is **DENIED**; and

(3)　Plaintiff's action is **DISMISSED without prejudice** for failure to obey a court order.

Dated this 28th day of November, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge